No. 75–1617.  RILEY ET AL. v. STEPHENS ET AL.  Sup.
Ct. Ohio.  Certiorari denied.

No. 75–1655.  LAGORIO v. BOARD OF TRADE OF THE CITY
OF CHICAGO ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 75–1668.  INCORPORATED VILLAGE OF ROSLYN HAR-
BOR ET AL. v. JEWISH RECONSTRUCTIONIST SYNAGOGUE OF
THE NORTH SHORE, INC.  Ct. App. N. Y.  Certiorari
denied.

No. 75–6246.  DUNN v. ILLINOIS.  App. Ct. Ill., 1st
Dist.  Certiorari denied.

No. 75–6272.  COLE, AKA KOL v. ILLINOIS.  Sup. Ct.
Ill.  Certiorari denied.

No. 75–6364.  REESE v. UNITED STATES.  C. A. 3d
Cir.  Certiorari denied.

No. 75–6401.  WALKER v. MINNESOTA.  Sup. Ct.
Minn.  Certiorari denied.

No. 75–6424.  DIGIANGIEMO v. OLGIATTI, CHAIRMAN,
NEW YORK STATE BOARD OF PAROLE.  C. A. 2d Cir.  Cer-
tiorari denied.

No. 75–6431.  GREEN v. NEW MEXICO.  Ct. App.
N. M.  Certiorari denied.

No. 75–6434.  GILL v. CUPP, PENITENTIARY SUPER-
INTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 75–6446.  DUVALL v. UNITED STATES; and
No. 75–6468.  JONES v. UNITED STATES.  C. A. 2d
Cir.  Certiorari denied.  Reported below: 537 F. 2d 15.